# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Richard S. Brown**, Debtor(s)

Case No. **21-13400-mdc**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: January 5, 2022

/s/ Richard S. Brown
**Richard S. Brown**
Signature of Debtor