.

Amcol Systems Inc
111Lncewood Road
Columbia, SC 29210


Arthur Shuman, Esquire
Scott & Shuman
38017 Fenwick Shoals Blvd
Selbyville, DE 19975


Assoc of Ltd Partners of 221-223 Race St
340 E Maple Avenue
Suite 104
Langhorne, PA 19047


Axel A Shield II
2755 Philmont Avenue
Suite 130
Huntingdon Valley, PA 19006


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Credit One Bank
PO Box 98872
Las Vegas, NV 89193


Elio & Marisa Colavita
7 Red Maple Drive
Lafayette Hill, PA 19444


Eos Cca
Attn: Bankruptcy
700 Longwater Dr
Norwell, MA 02061

Fedloan
Attn: Bankruptcy
Po Box 60610
Harrisburg, PA 17106


Ford Motor Credit
PO Box 542000
Omaha, NE 68154


Gelt Financial
2755 Philmont Avenue
Suite 130
Huntingdon Valley, PA 19006


HADAM SHAPIRO,ESQUIRE
600 CHESTNUT STREET
SUITE 1050
Philadelphia, PA 19106


John L Walfish, Esquire
Walfish & Noonan LLC
528 Dekalb Street
King of Prussia, PA 19406


JONATHAN AND CHRISTINE SETHNA
1305 SOUTH STREET
PHILADELPHIA, PA


Kimberly Brown
907 Partridge Place
Warrington, PA 18976


Macy's Department Store
PO BOX 8218
Mason, OH 45040

Navient  
Attn: Bankruptcy  
Po Box 9640  
Wilkes-Barre, PA 18773

Nissan Motor Acceptance Corp/Infiniti  
Attn: Bankruptcy  
Po Box 660360  
Dallas, TX 75266

Oxford Consulting LLC  
2755 Philmont Avenue  
Huntingdon Valley, PA 19006

Oxford Square Properties LLC  
1126 Horsham Rd  
Prospectville, PA 19002

Pennfield Drive LLC  
200 West Butler Pike  
Suite 60-175  
Ambler, PA

RPK2 Holdings LLC  
922 Bustleton Pike  
Feasterville Trevose, PA 19053

Verizon Wireless  
PO BOX 26055  
Minneapolis, MN 55426

VINCENT BARBERA, ESQUIRE  
1650 ONE LIBERTY PLACE  
SUITE 1800  
Philadelphia, PA 19103-7395

Volkswagon Credit  
PO Box 5215  
Carol Stream, IL 60197